NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000727
21-FEB-2014
02:48 PM

NO. CAAP-12-0000727

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


JOHN ALBERT WAGNER, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CR. NO. 98-227K; S.P.P. NO. 12-1-003K)


ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order filed on January 10, 2014, is corrected by inserting "S.P.P. NO. 12-1-003K" after "C.R. NO. 98-227K" in the case caption on page 1 at line 7.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, February 21, 2014.

FOR THE COURT:

Associate Judge

---

[1] Foley, Presiding Judge, Leonard and Reifurth, JJ.